# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2021

Bridget M. McCormack,
Chief Justice

162441(140)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

IW, f/k/a IM,
      Petitioner-Appellee,

v

MM,
      Respondent-Appellant.

_____/

SC: 162441
COA: 350711
Oakland CC: 2017-854298-PP

      On order of the Court, the motion to reconsider this Court's order of January 29, 2021, denying respondent-appellant's motion to disqualify Chief Justice Bridget M. McCormack from participating in the decision of the case is GRANTED IN PART. The prior order is modified to specify that the motion was denied because the respondent-appellant failed to establish any of the bases for disqualification under MCR 2.003(C). In all other respects, the motion for reconsideration is DENIED.

MCCORMACK, C.J., not participating in the decision on this motion.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2021



Clerk